STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT
C.A. 2004-6725

VERONICA ASHLEY,
Plaintiff

vs.

Paramount Hotel Group, Inc.,
Paramount Management Associates, LLC,
Fairfield Inn by Marriott, Successors in
Interest to Chalet Susse International, Inc.,
John Doe, Numbers 1 through 10,
Defendants

## COMPLAINT

Now comes the Plaintiff and by way of Complaint states as follows:

This case arises out of Defendants' failure to stop discriminatory treatment in the workplace of Plaintiff by Defendants and/or their agents, servants, employees and or representatives, such as the Manager, known to Plaintiff as "Dennis," in violation of state civil rights and fair employment practices laws. Having satisfied all administrative prerequisites and an unsuccessful mediation, Plaintiff now files this Complaint.

## COUNT I

1. The Plaintiff, Veronica Ashley, is a natural person of African American descent and is an individual residing in the City of Providence, Rhode Island.

2. At all times relevant herein, the defendant, Fairfield Inn by Marriott (hereinafter referred to as Marriott), is or was a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located in Fairfield, New Jersey.

3. Upon information and belief, at some time during Plaintiff's employment, Chalet Susse International, Inc., was purchased, bought out, merged or otherwise assumed by an entity known as Fairfield Inn by Marriott.

4. Upon information and belief, Fairfield Inn by Marriott is affiliated with Paramount Management Associates, LLC, a New Jersey corporation, authorized to do business in the state of Rhode Island.

5. Upon information and belief, Fairfield Inn by Marriott is affiliated with Paramount Hotel Group, Inc., a Delaware corporation.

6. The Plaintiff, Veronica Ashley, (hereinafter "Ashley"), was employed by Chalet Susse International, Inc. and later, by its successor in interest, Fairfield Inn by Marriott, et al., to provide cleaning services.

7. During Plaintiff's term of employment with Chalet Susse International, Inc. and later, by Fairfield Inn by Marriott, and/or their successors and assigns, she experienced incidents of racially motivated harassment, intimidation, discrimination and interference with her employment, by the Defendant's employee and agent, her Manager, known to her as "Dennis."

8. The injuries and damages sustained by the Plaintiff, Veronica Ashley, were proximately caused as a result of acts of the Defendants , and/or their agents, servants, employees and or representatives, such as "Dennis" in one or more of the following ways:

a. failed to properly and adequately address complaints of racially-biased treatment;
b. failed to properly and adequately train or re-train their agents, servants, employees and or representatives to maintain a working environment in which each employee is free to obtain and hold employment without being subjected to acts of discrimination, pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.
c. failed to properly and adequately supervise their agents, servants, employees and or representatives to ensure a working environment in which each employee is free to obtain and hold employment without being subjected to acts of discrimination,

pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

d. failed to take appropriate action to stop its agents, servants, employees and or representatives from interfering with Plaintiff's right to obtain and hold employment without being subjected to acts of discrimination, pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

WHEREFORE, the Plaintiff, Veronica Ashley, demands judgment against the Defendants for fair and reasonable money damages, reasonable attorneys fees, interest and such other relief as this Court deems appropriate and just.

Respectfully submitted,
THE PLAINTIFF
Veronica Ashley
By herAttorney

DAWN F. OLIVERI
REG. NO. 4716
395 Smith Street
Providence, RI 02908
(401) 621-5800
Fax: (401) 831-0129

**DEMAND FOR TRIAL BY JURY**

The Plaintiff demands a trial by jury on all issues which may be so tried.

DAWN F. OLIVERI
REG. NO. 4716
395 Smith Street
Providence, RI 02908
(401) 621-5800 Fax: (401) 831-0129

# CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 16th day of December, 2004, I mailed a copy of the within, postage prepaid, to CORPORATION SERVICE COMPANY at 222 Jefferson Boulevard, Suite 200, Warwick, RI02888 and the Secretary of State for the State of Rhode Island.

Dawn F. Oliveri, Esq.
Law Offices of Dawn F. Oliveri
395 Smith Street
Providence RI 02908
401.621.5800 Fax: 401.633.6870