UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY,<br>Plaintiff,<br><br>V.<br><br>PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,<br>Defendants. | : | CA No. 05 031L |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC ("Defendants"), hereby remove the above-captioned action to the United States District Court for the District of Rhode Island, and respectfully state as follows:

1. This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b), on the ground that this Court has original diversity jurisdiction, and the amount in controversy exceeds $75,000.00.

2. On or about December 28, 2004, the Defendants were served with a Complaint[1] in the action entitled Veronica Ashley v. Paramount Hotel Group, Inc. et al., No. 04-6725, commenced in the Providence Superior Court of the State of Rhode Island.

[1] The Defendants reserve the right to contest service of process as the Superior Court docket does not reflect the filing of a Summons with a completed Return of Service.



(2)

3. Pursuant to 28 U.S.C. § 1446(a), Defendants attach as Exhibit "A", the state court Complaint. This document constitutes all "processes, pleadings and orders" served upon Defendants in this action to date. There are no pending motions in the state court action. Defendants had moved for an enlargement of time to respond to Plaintiff's Complaint, but that motion was granted by rule of court on January 27, 2005 and is no longer pending.

4. According to her Complaint, at the time of commencement of this action, Plaintiff Veronica Ashley was a resident of the State of Rhode Island.

5. At the time of commencement of this action, Defendants Paramount Hotel Group, LLC[2] and Paramount Management Associates, LLC are citizens of the State of New Jersey which is the state of incorporation and principal place of business of both.

6. The remaining defendants, Fairfield Inn by Marriott and John Doe Numbers 1 through 10 ("Remaining Defendants"), are not citizens of Rhode Island. It is impossible to ascertain the citizenship of the so-called John Doe defendants. Fairfield Inn by Marriott is a brand name, not a corporate entity and therefore not a legal entity with a determinable citizenship. The Remaining Defendants therefore do not impact the removal of this case based on diversity jurisdiction.

7. Consent for removal of the Remaining Defendants is unnecessary for the reasons delineated in paragraph 6.

8. The Complaint alleges, inter alia, discrimination and intentional infliction of emotional distress. Plaintiff has demanded a judgment of indemnification, costs, expenses, and attorneys' fees against defendant, in an amount of not less than $75,000.00.

---

[2] Plaintiff has improperly named Paramount Hotel Group, Inc., an entity that does not exist. The correct entity is Paramount Hotel Group, LLC.

9. This notice is being filed within 30 days after receipt by Defendants of notice of this action, and is therefore timely filed pursuant to 28 U.S.C. § 1446(d).

10. This Court has original diversity jurisdiction of this action, and the action is therefore removable pursuant to 28 U.S.C. §1441.

11. Written notice of the filing of this Notice will promptly be given to Plaintiff and, together with a copy of the Notice of Removal, will be filed with the Clerk of the Providence Superior Court of the State of Rhode Island, as provided by 28 U.S.C. § 1446(d).

12. Defendants expressly reserve any and all defenses which may be available to them in this action.

WHEREFORE, Defendants pray that this action proceed in this Court as an action properly removed thereto.

PARAMOUNT HOTEL GROUP, INC.
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: January 27, 2005

FILED

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the within Notice of Removal to Dawn Oliveri, Esq., 160 Plainfield Street, Providence, RI 02909, on this 27 day of January, 2005.

Stacey L. Conn[illegible]

(A)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT
C.A. 2004-6725

VERONICA ASHLEY,
Plaintiff

vs.

Paramount Hotel Group, Inc.,
Paramount Management Associates, LLC,
Fairfield Inn by Marriott, Successors in
Interest to Chalet Susse International, Inc.,
John Doe, Numbers 1 through 10,
Defendants

## COMPLAINT

Now comes the Plaintiff and by way of Complaint states as follows:

This case arises out of Defendants' failure to stop discriminatory treatment in the workplace of Plaintiff by Defendants and/or their agents, servants, employees and or representatives, such as the Manager, known to Plaintiff as "Dennis," in violation of state civil rights and fair employment practices laws. Having satisfied all administrative prerequisites and an unsuccessful mediation, Plaintiff now files this Complaint.

## COUNT I

1. The Plaintiff, Veronica Ashley, is a natural person of African American descent and is an individual residing in the City of Providence, Rhode Island.

2. At all times relevant herein, the defendant, Fairfield Inn by Marriott (hereinafter referred to as Marriott), is or was a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located in Fairfield, New Jersey.

3. Upon information and belief, at some time during Plaintiff's employment, Chalet Susse International, Inc., was purchased, bought out, merged or otherwise assumed by an entity known as Fairfield Inn by Marriott.

4. Upon information and belief, Fairfield Inn by Marriott is affiliated with Paramount Management Associates, LLC, a New Jersey corporation, authorized to do business in the state of Rhode Island.

5. Upon information and belief, Fairfield Inn by Marriott is affiliated with Paramount Hotel Group, Inc., a Delaware corporation.

6. The Plaintiff, Veronica Ashley, (hereinafter "Ashley"), was employed by Chalet Susse International, Inc. and later, by its successor in interest, Fairfield Inn by Marriott, et al., to provide cleaning services.

7. During Plaintiff's term of employment with Chalet Susse International, Inc. and later, by Fairfield Inn by Marriott, and/or their successors and assigns, she experienced incidents of racially motivated harassment, intimidation, discrimination and interference with her employment, by the Defendant's employee and agent, her Manager, known to her as "Dennis."

8. The injuries and damages sustained by the Plaintiff, Veronica Ashley, were proximately caused as a result of acts of the Defendants , and/or their agents, servants, employees and or representatives, such as "Dennis" in one or more of the following ways:

a. failed to properly and adequately address complaints of racially-biased treatment;
b. failed to properly and adequately train or re-train their agents, servants, employees and or representatives to maintain a working environment in which each employee is free to obtain and hold employment without being subjected to acts of discrimination, pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.
c. failed to properly and adequately supervise their agents, servants, employees and or representatives to ensure a working environment in which each employee is free to obtain and hold employment without being subjected to acts of discrimination,

pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

d. failed to take appropriate action to stop its agents, servants, employees and or representatives from interfering with Plaintiff's right to obtain and hold employment without being subjected to acts of discrimination, pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

WHEREFORE, the Plaintiff, Veronica Ashley, demands judgment against the Defendants for fair and reasonable money damages, reasonable attorneys fees, interest and such other relief as this Court deems appropriate and just.

Respectfully submitted,
THE PLAINTIFF
Veronica Ashley
By herAttorney

Dawn F. Oliveri

DAWN F. OLIVERI
REG. NO. 4716
395 Smith Street
Providence, RI 02908
(401) 621-5800
Fax: (401) 831-0129

**DEMAND FOR TRIAL BY JURY**

The Plaintiff demands a trial by jury on all issues which may be so tried.

Dawn F. Oliveri

DAWN F. OLIVERI
REG. NO. 4716
395 Smith Street
Providence, RI 02908
(401) 621-5800 Fax: (401) 831-0129

CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 16th day of December, 2004, I mailed a copy of the within, postage prepaid, to CORPORATION SERVICE COMPANY at 222 Jefferson Boulevard, Suite 200, Warwick, RI02888 and the Secretary of State for the State of Rhode Island.

Dawn F. Oliveri, Esq.
Law Offices of Dawn F. Oliveri
395 Smith Street
Providence RI 02908
401.621.5800 Fax: 401.633.6870

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY,<br>Plaintiff,<br><br>V.<br><br>PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 05 031L<br>C.A. No. |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1(a), Defendants Paramount Hotel Group, Inc. (whose real name is Paramount Hotel Group LLC) and Paramount Management Associates, LLC state that they are not publicly traded companies. Defendant Paramount Hotel Group, LLC also states that it owns Defendant Paramount Management Associates, LLC.

PARAMOUNT HOTEL GROUP, INC
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Stacie B. Collier

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: January 27, 2005

FILED

CERTIFICATE OF SERVICE

I hereby certify that I caused to be sent by certified mail, return receipt request, postage prepaid, a copy of the within Corporate Disclosure Statement to Dawn Oliveri, Esq., 160 Plainfield Street, Providence, RI 02909, on this 27 day of January, 2005.

______________________________