UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

VERONICA ASHLEY,
Plaintiff,

v.

PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,
Defendants.

C.A. No. CA 05 031L

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC ("Defendants"), hereby remove the above-captioned action to the United States District Court for the District of Rhode Island, and respectfully state as follows:

1. This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b), on the ground that this Court has original diversity jurisdiction, and the amount in controversy exceeds $75,000.00.

2. On or about December 28, 2004, the Defendants were served with a Complaint[1] in the action entitled Veronica Ashley v. Paramount Hotel Group, Inc. et al., No. 04-6725, commenced in the Providence Superior Court of the State of Rhode Island.

1 The Defendants reserve the right to contest service of process as the Superior Court docket does not reflect the filing of a Summons with a completed Return of Service.

3

3. Pursuant to 28 U.S.C. § 1446(a), Defendants attach as Exhibit "A", the state court Complaint. This document constitutes all "processes, pleadings and orders" served upon Defendants in this action to date. There are no pending motions in the state court action. Defendants had moved for an enlargement of time to respond to Plaintiff's Complaint, but that motion was granted by rule of court on January 27, 2005 and is no longer pending.

4. According to her Complaint, at the time of commencement of this action, Plaintiff Veronica Ashley was a resident of the State of Rhode Island.

5. At the time of commencement of this action, Defendants Paramount Hotel Group, LLC[2] and Paramount Management Associates, LLC are citizens of the State of New Jersey which is the state of incorporation and principal place of business of both.

6. The remaining defendants, Fairfield Inn by Marriott and John Doe Numbers 1 through 10 ("Remaining Defendants"), are not citizens of Rhode Island. It is impossible to ascertain the citizenship of the so-called John Doe defendants. Fairfield Inn by Marriott is a brand name, not a corporate entity and therefore not a legal entity with a determinable citizenship. The Remaining Defendants therefore do not impact the removal of this case based on diversity jurisdiction.

7. Consent for removal of the Remaining Defendants is unnecessary for the reasons delineated in paragraph 6.

8. The Complaint alleges, inter alia, discrimination and intentional infliction of emotional distress. Plaintiff has demanded a judgment of indemnification, costs, expenses, and attorneys' fees against defendant, in an amount of not less than $75,000.00.

---

[2] Plaintiff has improperly named Paramount Hotel Group, Inc., an entity that does not exist. The correct entity is Paramount Hotel Group, LLC.

9. This notice is being filed within 30 days after receipt by Defendants of notice of this action, and is therefore timely filed pursuant to 28 U.S.C. § 1446(d).

10. This Court has original diversity jurisdiction of this action, and the action is therefore removable pursuant to 28 U.S.C. §1441.

11. Written notice of the filing of this Notice will promptly be given to Plaintiff and, together with a copy of the Notice of Removal, will be filed with the Clerk of the Providence Superior Court of the State of Rhode Island, as provided by 28 U.S.C. § 1446(d).

12. Defendants expressly reserve any and all defenses which may be available to them in this action.

WHEREFORE, Defendants pray that this action proceed in this Court as an action properly removed thereto.

PARAMOUNT HOTEL GROUP, INC.
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: January 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the within Notice of Removal to Dawn Oliveri, Esq., 160 Plainfield Street, Providence, RI 02909, on this 27 day of January, 2005.

(A)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT
C.A. 2004-6725

VERONICA ASHLEY,
Plaintiff

vs.

Paramount Hotel Group, Inc.,
Paramount Management Associates, LLC,
Fairfield Inn by Marriott, Successors in
Interest to Chalet Susse International, Inc.,
John Doe, Numbers 1 through 10,
Defendants

## COMPLAINT

Now comes the Plaintiff and by way of Complaint states as follows:

This case arises out of Defendants' failure to stop discriminatory treatment in the workplace of Plaintiff by Defendants and/or their agents, servants, employees and or representatives, such as the Manager, known to Plaintiff as "Dennis," in violation of state civil rights and fair employment practices laws. Having satisfied all administrative prerequisites and an unsuccessful mediation, Plaintiff now files this Complaint.

## COUNT I

1. The Plaintiff, Veronica Ashley, is a natural person of African American descent and is an individual residing in the City of Providence, Rhode Island.

2. At all times relevant herein, the defendant, Fairfield Inn by Marriott (hereinafter referred to as Marriott), is or was a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located in Fairfield, New Jersey.

3. Upon information and belief, at some time during Plaintiff's employment, Chalet Susse International, Inc., was purchased, bought out, merged or otherwise assumed by an entity known as Fairfield Inn by Marriott.

4. Upon information and belief, Fairfield Inn by Marriott is affiliated with Paramount Management Associates, LLC, a New Jersey corporation, authorized to do business in the state of Rhode Island.

5. Upon information and belief, Fairfield Inn by Marriott is affiliated with Paramount Hotel Group, Inc., a Delaware corporation.

6. The Plaintiff, Veronica Ashley, (hereinafter "Ashley"), was employed by Chalet Susse International, Inc. and later, by its successor in interest, Fairfield Inn by Marriott, et al., to provide cleaning services.

7. During Plaintiff's term of employment with Chalet Susse International, Inc. and later, by Fairfield Inn by Marriott, and/or their successors and assigns, she experienced incidents of racially motivated harassment, intimidation, discrimination and interference with her employment, by the Defendant's employee and agent, her Manager, known to her as "Dennis."

8. The injuries and damages sustained by the Plaintiff, Veronica Ashley, were proximately caused as a result of acts of the Defendants , and/or their agents, servants, employees and or representatives, such as "Dennis" in one or more of the following ways:

a. failed to properly and adequately address complaints of racially-biased treatment;

b. failed to properly and adequately train or re-train their agents, servants, employees and or representatives to maintain a working environment in which each employee is free to obtain and hold employment without being subjected to acts of discrimination, pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

c. failed to properly and adequately supervise their agents, servants, employees and or representatives to ensure a working environment in which each employee is free to obtain and hold employment without being subjected to acts of discrimination,

pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

d. failed to take appropriate action to stop its agents, servants, employees and or representatives from interfering with Plaintiff's right to obtain and hold employment without being subjected to acts of discrimination, pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

WHEREFORE, the Plaintiff, Veronica Ashley, demands judgment against the Defendants for fair and reasonable money damages, reasonable attorneys fees, interest and such other relief as this Court deems appropriate and just.

Respectfully submitted,
THE PLAINTIFF
Veronica Ashley
By herAttorney

Dawn F. Oliveri

DAWN F. OLIVERI
REG. NO. 4716
395 Smith Street
Providence, RI 02908
(401) 621-5800
Fax: (401) 831-0129

**DEMAND FOR TRIAL BY JURY**

The Plaintiff demands a trial by jury on all issues which may be so tried.

Dawn F. Oliveri

DAWN F. OLIVERI
REG. NO. 4716
395 Smith Street
Providence, RI 02908
(401) 621-5800 Fax: (401) 831-0129

CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 16th day of December, 2004, I mailed a copy of the within, postage prepaid, to CORPORATION SERVICE COMPANY at 222 Jefferson Boulevard, Suite 200, Warwick, RI02888 and the Secretary of State for the State of Rhode Island.

Dawn F. Oliveri

Dawn F. Oliveri, Esq.
Law Offices of Dawn F. Oliveri
395 Smith Street
Providence RI 02908
401.621.5800 Fax: 401.633.6870

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 01/31/2
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: PC2004 6725 TYPE CIVIL RIGHTS/JOB DISCRIMINATION
TITLE: VERONICA ASHLEY V PARAMOUNT HOTEL GROUP INC
FILING DATE: 12-16-2004 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| ASHLEY,VERONICA | PLF | Oliveri,Dawn F. | AOR |
| CHALET SUSSE INTERNATIONAL INC | BDF | Unknown,Attorney | AOR |
| FAIRFIELD INN BY MARRIOTT | BDF | Unknown,Attorney | AOR |
| PARAMOUNT HOTEL GROUP INC | BDF | Unknown,Attorney | AOR |
| PARAMOUNT MGT ASSOCIATES | BDF | Unknown,Attorney | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|
| RQ | 01-14-2005 | | | |
| MOT FOR EXT OF TIME TO FILE ANS | | | | 01-27-2005 |
| NM | 01-27-2005 | | | |
| NOTICE OF REMOVAL | | | | |
| NM | 01-27-2005 | | | |
| ORDER, MOTION FOR EXTENSION OF TIME | | | GT RULE | |
| *****SEE ORDER FOR DETAILS******** | | | | |
| NM | 01-27-2005 | | | |
| CASE REMOVED TO U.S. DISTRICT CT | | | | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

2005 FEB -1 A 11:31
FILED

STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC. C.A.

(1)

VERONICA ASHLEY, )
Plaintiff )
)
vs. )
)
Paramount Hotel Group, Inc., )
Paramount Management Associates, LLC, )
Fairfield Inn by Marriott, Successors in )
interest to Chalet Susse International, Inc., )
John Doe, Numbers 1 through 10, )
Defendants )

## COMPLAINT

Now comes the Plaintiff and by way of Complaint states as follows:

This case arises out of Defendants' failure to stop discriminatory treatment in the workplace of Plaintiff by Defendants and/or their agents, servants, employees and or representatives, such as the Manager, known to Plaintiff as "Dennis," in violation of state civil rights and fair employment practices laws. Having satisfied all administrative prerequisites and an unsuccessful mediation, Plaintiff now files this Complaint.

### COUNT I

1. The Plaintiff, Veronica Ashley, is a natural person of African American descent and is an individual residing in the City of Providence, Rhode Island.

2. At all times relevant herein, the defendant, Fairfield Inn by Marriott (hereinafter referred to as Marriott), is or was a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located in Fairfield, New Jersey.

True Copy Attest,
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2004 DEC 16 P 4: 08

4716

3. Upon information and belief, at some time during Plaintiff's employment, Chalet Susse International, Inc., was purchased, bought out, merged or otherwise assumed by an entity known as Fairfield Inn by Marriott.

4. Upon information and belief, Fairfield Inn by Marriott is affiliated with Paramount Management Associates, LLC, a New Jersey corporation, authorized to do business in the state of Rhode Island.

5. Upon information and belief, Fairfield Inn by Marriott is affiliated with Paramount Hotel Group, Inc., a Delaware corporation.

6. The Plaintiff, Veronica Ashley, (hereinafter "Ashley"), was employed by Chalet Susse International, Inc. and later, by its successor in interest, Fairfield Inn by Marriott, et al., to provide cleaning services.

7. During Plaintiff's term of employment with Chalet Susse International, Inc. and later, by Fairfield Inn by Marriott, and/or their successors and assigns, she experienced incidents of racially motivated harassment, intimidation, discrimination and interference with her employment, by the Defendant's employee and agent, her Manager, known to her as "Dennis."

8. The injuries and damages sustained by the Plaintiff, Veronica Ashley, were proximately caused as a result of acts of the Defendants , and/or their agents, servants, employees and or representatives, such as "Dennis" in one or more of the following ways:

a. failed to properly and adequately address complaints of racially-biased treatment;

b. failed to properly and adequately train or re-train their agents, servants, employees and or representatives to maintain a working environment in which each employee is free to obtain and hold employment without being subjected to acts of discrimination, pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

c. failed to properly and adequately supervise their agents, servants, employees and or representatives to ensure a working environment in which each employee is free to obtain and hold employment without being subjected to acts of discrimination;

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

d. failed to take appropriate action to stop its agents, servants, employees and or representatives from interfering with Plaintiff's right to obtain and hold employment without being subjected to acts of discrimination, pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

WHEREFORE, the Plaintiff, Veronica Ashley, demands judgment against the Defendants for fair and reasonable money damages, reasonable attorneys fees, interest and such other relief as this Court deems appropriate and just.

Respectfully submitted,
THE PLAINTIFF
Veronica Ashley
By herAttorney

DAWN F. OLIVERI
REG. NO. 4716
395 Smith Street
Providence, RI 02908
(401) 621-5800
Fax: (401) 831-0129

**DEMAND FOR TRIAL BY JURY**

The Plaintiff demands a trial by jury on all issues which may be so tried.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

DAWN F. OLIVERI
REG. NO. 4716
395 Smith Street
Providence, RI 02908
(401) 621-5800 Fax: (401) 831-0129

CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 16th day of December, 2004, I mailed a copy of the within, postage prepaid, to CORPORATION SERVICE COMPANY at 222 Jefferson Boulevard, Suite 200, Warwick, RI02888 and the Secretary of State for the State of Rhode Island.

Dawn F. Oliveri, Esq.
Law Offices of Dawn F. Oliveri
395 Smith Street
Providence RI 02908
401.621.5800 Fax: 401.633.6870

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

S-223

STATE OF RHODE ISLAND
SUPERIOR COURT

CIVIL
CASE COVER SHEET

Case # (Filled in by Clerk's Office)

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.10). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
| --- | --- |
| Veronica Ashley | Paramount Hotel Group, Inc., Paramount Management Associates, LLC, Fairfield Inn by Marriott, Successors in Interest to Chalet Susse International, Inc., John Doe, Numbers 1 through 10, |

**NATURE OF PROCEEDING** — Check the applicable case type under the main categories listed below.

District Court Appeal ☐ yes (Check type below)

**CIVIL ACTIONS**

| | | |
| --- | --- | --- |
| ☐ AGA Agency appeal | ☐ MLE Malpractice/legal | ☐ PDV Property damage-vehicle |
| ☐ BKA Book account | ☐ MME Malpractice/medical | ☐ RLP Real Property |
| ☐ CLA Common law assignment | ☐ MOT Malpractice/other | ☐ ROF Recovery of funds |
| ☐ CLL Common law lien | ☐ WOM Mandamus, writ of | ☐ WOR Replevin, writ of |
| ☐ CON Contract | ☐ PRT Partition | ☐ SPP Specific performance |
| ☐ CIC Criminal inj compensation | ☐ PER Personal injury | ☐ TCO Title clearing (other than tax title) |
| ☐ DOJ Debt on judgment | ☐ IDV Personal inj/Prop dam-vehicle | ☐ TAE Trespass and ejectment |
| ☐ DTP Deceptive trade practice | ☐ PIV Personal injury-vehicle | ☐ TCT Trustee/appt convey title |
| ☐ DEJ Declaratory judgment | ☐ PRL Product liability | ☐ UNM Uninsured motorist |
| ☐ EXT Excessive tax | ☐ PRN Promissory note | ☐ WRD Wrongful death |
| ☐ INR Injunctive relief | | |

XX Other than above (specify): Discrimination and Violation of State Fair Emp. Practices Act

**MISCELLANEOUS PETITIONS**

| | | |
| --- | --- | --- |
| ☐ ARA Arbitration award | | ☐ PFI Petition for immunity |
| ☐ CAR Arbitration/confirm | ☐ TLF Foreclosure/tax lien | ☐ PIN Pet for inventory (wire tap) |
| ☐ RTA Arbitration/referral | ☐ FOC Forfeiture of charter | ☐ PFR Petition for review |
| ☐ VAR Arbitration/vacate | ☐ HAC Habeas corpus | ☐ PTD Pet to take deposition |
| ☐ AOD Assessment of damages | ☐ MAW Material witness | ☐ PCR Post conviction relief |
| ☐ CND Condemnation | ☐ MEL Mechanics lien | ☐ REC Receivership |
| ☐ CFC Confirm compromise | ☐ OSW Out of state witness | ☐ R5A Rule 5A petition |
| ☐ DOC Dissolution of corp. | ☐ PFS Perform surgery | ☐ TCL Title clearing (tax title) |
| ☐ EDP End partnership | ☐ PTE Petition to expunge | ☐ AOT Trustee/appointment of |

☐ Other than above (specify):

True Copy Attest

**PROBATE APPEALS**

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ Other than above (specify):

Office of Clerk of Superior Court
~~Counties of Providence & Bristol~~
Providence, Rhode Island

Clarifying remarks:

SUPERIOR COURT
FILED
HENRY S. KINCH JR. CLERK

Is this an action that will require a trial? ☐ yes ☐ no If yes: ☐ jury or ☐ non-jury

(attorney name) Dawn F. Oliveri 395 Smith St. Prov RI 02908
☐ pro se 401-621-5800 Fax: 401-633-6870

2004 DEC 16 P 4: 03

(date) 12-16-04

(2)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

VERONICA ASHLEY,

Plaintiff

v.

C.A. No. PC 04-6725

PARAMOUNT HOTEL GROUP, INC.
PARAMOUNT MANAGEMENT
ASSOCIATES, LLC, FAIRFIELD INN BY
MARRIOTT, SUCCESSORS IN INTEREST
TO CHALET SUISSE INTERNATIONAL,
INC., JOHN DOE, NUMBERS 1 THOUGH 10,

Defendants

**MOTION TO ENLARGE THE TIME FOR DEFENDANTS, PARAMOUNT HOTEL GROUP, INC. AND PARAMOUNT MANAGEMENT ASSOCIATES, LLC, TO ANSWER, OR OTHERWISE RESPOND TO, PLAINTIFF'S COMPLAINT**

Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC[1] ("Defendants"), hereby move for a thirty (30) day extension of time, through and including February 18, 2005, to answer, or otherwise respond to, Plaintiff's Complaint.

As grounds, Defendants state as follows:

1. An answer or other responsive pleading is currently due to be filed on January 18, 2005.

2. Counsel has only recently been retained and needs additional time to investigate the allegations of the complaint.

[1] To the extent any of the unknown "John Doe" defendants are determined to be employees of Paramount Hotel Group or Paramount Management Associates, LLC, this motion should also be considered to be advanced on their behalf as well.

True Copy Attest
Henry S. Kinch Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 JAN 31 P 2:45

1-14-05
filed
MM

3. Counsel for Defendants have attempted to reach counsel for Plaintiff to discuss an enlargement of time, but her contact information has apparently changed, her new telephone number mail box is full and e-mail to her was returned undeliverable.

4. Absent the filing of an objection and notice to the undersigned in accordance with Rule 7(b), this motion shall be deemed granted by rule of court.

NOTICE OF HEARING

This Motion will be heard on **Thursday, January 27, 2005, at 9:30 a.m.**

PARAMOUNT HOTEL GROUP, INC., and
PARAMOUNT MANAGEMENT
ASSOCIATES, LLC,

By their attorneys
NIXON PEABODY LLP

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (fax)

Dated: January 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2005, I sent a true copy of the Motion to Enlarge Time to Answer or Otherwise Respond to Complaint via hand and first-class mail, postage prepaid, to Dawn Oliveri, Esq., 395 Smith Street, Providence, RI 02908.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

(3)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

VERONICA ASHLEY,
Plaintiff,

v.

PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,
Defendants.

C.A. No. PC2004-6725

CA05-031L

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Paramount Hotel Group, Inc. and Paramount Management Associates, LLC have filed on this date in the United States District Court for the District of Rhode Island, a Notice of Removal (the "Notice") in this action. A copy of the Notice is attached.

PARAMOUNT HOTEL GROUP, INC.
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Stacie B. Collier

Andrew B. Prescott (#3758)
Stacie B. Collier (#6059)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: January 27, 2005

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

FILED
HENRY S. KINCH JR., CLERK
2005 JAN 27 P 2: 04

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the within Notice of Filing of Notice of Removal to Dawn Oliveri, Esq., 160 Plainfield Street, Providence, RI 02909, on this 27 day of January, 2005

:rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

VERONICA ASHLEY,
Plaintiff,

V.

PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,
Defendants.

C.A. No. CA 05 031L

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC ("Defendants"), hereby remove the above-captioned action to the United States District Court for the District of Rhode Island, and respectfully state as follows:

1. This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b), on the ground that this Court has original diversity jurisdiction, and the amount in controversy exceeds $75,000.00.

2. On or about December 28, 2004, the Defendants were served with a Complaint[1] in the action entitled Veronica Ashley v. Paramount Hotel Group, Inc. et al., No. 04-6725, commenced in the Providence Superior Court of the State of Rhode Island.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

[1] The Defendants reserve the right to contest service of process as the Superior Court docket does not reflect the filing of a Summons with a completed Return of Service.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 JAN 27 P 2: 02

P120615.1

A

3. Pursuant to 28 U.S.C. § 1446(a), Defendants attach as Exhibit "A", the state court Complaint. This document constitutes all "processes, pleadings and orders" served upon Defendants in this action to date. There are no pending motions in the state court action. Defendants had moved for an enlargement of time to respond to Plaintiff's Complaint, but that motion was granted by rule of court on January 27, 2005 and is no longer pending.

4. According to her Complaint, at the time of commencement of this action, Plaintiff Veronica Ashley was a resident of the State of Rhode Island.

5. At the time of commencement of this action, Defendants Paramount Hotel Group, LLC[2] and Paramount Management Associates, LLC are citizens of the State of New Jersey which is the state of incorporation and principal place of business of both.

6. The remaining defendants, Fairfield Inn by Marriott and John Doe Numbers 1 through 10 ("Remaining Defendants"), are not citizens of Rhode Island. It is impossible to ascertain the citizenship of the so-called John Doe defendants. Fairfield Inn by Marriott is a brand name, not a corporate entity and therefore not a legal entity with a determinable citizenship. The Remaining Defendants therefore do not impact the removal of this case based on diversity jurisdiction.

7. Consent for removal of the Remaining Defendants is unnecessary for the reasons delineated in paragraph 6.

8. The Complaint alleges, inter alia, discrimination and intentional infliction of emotional distress. Plaintiff has demanded a judgment of indemnification, costs, expenses, and attorneys' fees against defendant, in an amount of not less than $75,000.00.

rue Copy Attest

2 Plaintiff has improperly named Paramount Hotel Group, Inc., an entity that does not exist. The correct entity is Paramount Hotel Group, LLC.

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

9. This notice is being filed within 30 days after receipt by Defendants of notice of this action, and is therefore timely filed pursuant to 28 U.S.C. § 1446(d).

10. This Court has original diversity jurisdiction of this action, and the action is therefore removable pursuant to 28 U.S.C. §1441.

11. Written notice of the filing of this Notice will promptly be given to Plaintiff and, together with a copy of the Notice of Removal, will be filed with the Clerk of the Providence Superior Court of the State of Rhode Island, as provided by 28 U.S.C. § 1446(d).

12. Defendants expressly reserve any and all defenses which may be available to them in this action.

WHEREFORE, Defendants pray that this action proceed in this Court as an action properly removed thereto.

PARAMOUNT HOTEL GROUP, INC.
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: January 27, 2005

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

A

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the within Notice of Removal to Dawn Oliveri, Esq., 160 Plainfield Street, Providence, RI 02909, on this 27 day of January, 2005.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

A

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT
C.A. 2004-6725

| | |
|---|---|
| VERONICA ASHLEY, Plaintiff | ) |
| vs. | ) |
| Paramount Hotel Group, Inc., Paramount Management Associates, LLC, Fairfield Inn by Marriott, Successors in Interest to Chalet Susse International, Inc., John Doe, Numbers 1 through 10, Defendants | ) |

## COMPLAINT

Now comes the Plaintiff and by way of Complaint states as follows:

This case arises out of Defendants' failure to stop discriminatory treatment in the workplace of Plaintiff by Defendants and/or their agents, servants, employees and or representatives, such as the Manager, known to Plaintiff as "Dennis," in violation of state civil rights and fair employment practices laws. Having satisfied all administrative prerequisites and an unsuccessful mediation, Plaintiff now files this Complaint.

## COUNT I

1. The Plaintiff, Veronica Ashley, is a natural person of African American descent and is an individual residing in the City of Providence, Rhode Island.

2. At all times relevant herein, the defendant, Fairfield Inn by Marriott (hereinafter referred to as Marriott), is or was a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located in Fairfield, New Jersey.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

3. Upon information and belief, at some time during Plaintiff's employment, Chalet Susse International, Inc., was purchased, bought out, merged or otherwise assumed by an entity known as Fairfield Inn by Marriott.

4. Upon information and belief, Fairfield Inn by Marriott is affiliated with Paramount Management Associates, LLC, a New Jersey corporation, authorized to do business in the state of Rhode Island.

5. Upon information and belief, Fairfield Inn by Marriott is affiliated with Paramount Hotel Group, Inc., a Delaware corporation.

6. The Plaintiff, Veronica Ashley, (hereinafter "Ashley"), was employed by Chalet Susse International, Inc. and later, by its successor in interest, Fairfield Inn by Marriott, et al., to provide cleaning services.

7. During Plaintiff's term of employment with Chalet Susse International, Inc. and later, by Fairfield Inn by Marriott, and/or their successors and assigns, she experienced incidents of racially motivated harassment, intimidation, discrimination and interference with her employment, by the Defendant's employee and agent, her Manager, known to her as "Dennis."

8. The injuries and damages sustained by the Plaintiff, Veronica Ashley, were proximately caused as a result of acts of the Defendants , and/or their agents, servants, employees and or representatives, such as "Dennis" in one or more of the following ways:

a. failed to properly and adequately address complaints of racially-biased treatment;

b. failed to properly and adequately train or re-train their agents, servants, employees and or representatives to maintain a working environment in which each employee is free to obtain and hold employment without being subjected to acts of discrimination, pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

c. failed to properly and adequately supervise their agents, servants, employees and or representatives to ensure a working environment in which each employee is free to obtain and hold employment without being subjected to acts of discrimination,

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

d. failed to take appropriate action to stop its agents, servants, employees and or representatives from interfering with Plaintiff's right to obtain and hold employment without being subjected to acts of discrimination, pursuant to the State Fair Employment Practices Law codified at Chapter 5 of Title 28, Rhode Island General Laws.

WHEREFORE, the Plaintiff, Veronica Ashley, demands judgment against the Defendants for fair and reasonable money damages, reasonable attorneys fees, interest and such other relief as this Court deems appropriate and just.

Respectfully submitted,
THE PLAINTIFF
Veronica Ashley
By herAttorney

DAWN F. OLIVERI
REG. NO. 4716
395 Smith Street
Providence, RI 02908
(401) 621-5800
Fax: (401) 831-0129

## DEMAND FOR TRIAL BY JURY

The Plaintiff demands a trial by jury on all issues which may be so tried.

DAWN F. OLIVERI
REG. NO. 4716
395 Smith Street
Providence, RI 02908
(401) 621-5800 Fax: (401) 831-0129

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 16th day of December, 2004, I mailed a copy of the within, postage prepaid, to CORPORATION SERVICE COMPANY at 222 Jefferson Boulevard, Suite 200, Warwick, RI02888 and the Secretary of State for the State of Rhode Island.

Dawn F. Oliveri, Esq.
Law Offices of Dawn F. Oliveri
395 Smith Street
Providence RI 02908
401.621.5800 Fax: 401.633.6870

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

(4)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | |
|---|---|
| VERONICA ASHLEY,<br><br>Plaintiff<br><br>v.<br><br>PARAMOUNT HOTEL GROUP, INC. PARAMOUNT MANAGEMENT ASSOCIATES, LLC, FAIRFIELD INN BY MARRIOTT, SUCCESSORS IN INTEREST TO CHALET SUISSE INTERNATIONAL, INC., JOHN DOE, NUMBERS 1 THOUGH 10,<br><br>Defendants | C.A. No. PC 04-6725 |

**ORDER**

This matter came on for hearing on January 27, 2005, before Justice Savage on the Motion to Enlarge the Time for Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC to Answer or Otherwise Respond to Plaintiff's Complaint. No objection having been filed, and after due consideration by the Court, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. That the Motion to Enlarge the Time for Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC to Answer or Otherwise Respond to Plaintiff's Complaint is hereby GRANTED by rule of Court.

2. Defendants have up to and including February 18, 2005 to Answer or otherwise respond to Plaintiff's Complaint.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 JAN 27 P 2: 01

Ashley v. Paramount Hotel Group, Inc., et al. C.A. No. PC2004-6725

ENTER:

Clerk

Dated: 1-27-05

ORDERED:

Savage, J.

Order Presented by:

Stacie Boeniger Collier (#6059)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (fax)

Dated: January 27, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2005, I mailed a true copy of the within Order via first-class mail, postage prepaid to:

Dawn Oliveri, Esq.
160 Plainfield Street
Providence, RI 02909

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island