UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY,<br>Defendant,<br><br>V.<br><br>PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,<br>Plaintiffs. | : | C.A. No. 05-031L |

**ANSWER**

Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC (collectively "Defendants")[1], hereby answer the Complaint of Veronica Ashley ("Plaintiff") as follows:

**FIRST DEFENSE**

Introductory Statement

The allegations in the Introductory Statement state Plaintiff's description of her purported cause of action, as well as conclusions of law, and therefore no responsive pleading is required. To the extent that a responsive pleading is required, such allegations are denied.

Count I

1. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 1.

[1] To the extent it is determined that the unnamed "John Doe" defendants are employees of Paramount Hotel Group, Inc. or Paramount Management Associates, Inc., Defendants reserve the right to answer on his or their behalf at a later time.

4

2 - 3. Denied.

4. Defendants admit that Paramount Management Associates, LLC is a New Jersey corporation. To the extent Plaintiff is alleging that Fairfield Inn by Marriott is a corporate entity, the remaining allegations in paragraph 4 are denied. Fairfield Inn by Marriott is a brand name.

5. Defendants deny that Paramount Hotel Group, Inc. is the correct name of this defendant or that Paramount Hotel Group, LLC is organized in Delaware. To the extent Plaintiff is alleging that Fairfield Inn by Marriott is a corporate entity, the remaining allegations in paragraph 4 are denied. Fairfield Inn by Marriott is a brand name.

6 - 7. Denied.

8. The allegations contained in Paragraph 8a through 8d state conclusions of law to which no responsive pleading is required. To the extent a responsive pleading is required, Defendants deny the allegations of 8a through d.

## SECOND DEFENSE

Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

## THIRD DEFENSE

Plaintiff's Complaint is barred, in whole or in part, by the doctrine of unclean hands, waiver and/or estoppel.

## FOURTH DEFENSE

Plaintiff's claims are barred by the doctrine of contributory negligence.

## FIFTH DEFENSE

Plaintiff's own conduct was the proximate cause of any damages she sustained.

**SIXTH DEFENSE**

Plaintiff has failed to exhaust her administrative remedies.

**SEVENTH DEFENSE**

To the extent Defendants acted as alleged herein, their conduct was in good faith, justified, privileged and taken for legitimate business reasons.

**EIGHTH DEFENSE**

Plaintiff's claims are barred by the applicable statute of limitations.

**NINTH DEFENSE**

The corporate Defendants maintained policies against discrimination and harassment on the basis of race. Plaintiff unreasonably failed to utilize the complaint procedure in the policy or to otherwise prevent the harm about which she complains in this lawsuit.

**TENTH DEFENSE**

Defendants assert insufficiency and lack of service of process.

WHEREFORE, Defendants respectfully request that the Court:

1. Dismiss the Complaint against them with prejudice;

2. Enter judgment in their favor against Plaintiff on all counts;

3. Award Defendants their costs and reasonable attorneys' fees incurred in defending this action; and

4. Award Defendants such other and further relief as the Court may deem just and appropriate.

PARAMOUNT HOTEL GROUP, INC
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: February 2, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused to be sent by certified mail, return receipt request, postage prepaid, a copy of the within Answer of Defendants Paramount Hotel Group, Inc. and Paramount Management Associates, LLC to Dawn Oliveri, Esq., 160 Plainfield Street, Providence, RI 02909 on this 2 day of February, 2005