UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY,<br>Plaintiff<br><br>vs.<br><br>Paramount Hotel Group, Inc.,<br>Paramount Management Associates, LLC,<br>Fairfield Inn by Marriott, Successors in<br>Interest to Chalet Susse International, Inc.,<br>John Doe, Numbers 1 through 10,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. 05-0031L |

MOTION FOR ENLARGEMENT OF TIME

The Plaintiff, VERONICA ASHLEY, moves this Court for an enlargement of time for completing pretrial discovery. In support of this Motion, Counsel avers that she needs additional time to complete discovery and to prepare for trial.

Plaintiff has extenuating family circumstances, to wit, the recent death of her sister, and she is assisting in undertaking the care of the recently orphaned children. There are also complications to Plaintiff's health. The grieving process and her recently diagnosed health conditions are hindering the timely submission of discovery.

I have discussed this matter with Defense Counsel, Stacie Collier, and she has agreed to no more than a three month extension.

The Plaintiff, Veronica Ashley, by her Attorney, Dawn F. Oliveri

BY [signature]

Dawn F. Oliveri, Esq.
Grande & Vaziri
160 Plainfield Street
Providence RI 02909
401.944.6430
401.633.6870

CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 22nd day of August, 2005, I mailed a copy of the within, postage prepaid, to Stacie Boeniger Collier, Nixon, Peabody LLP at One Citizens Plaza, Providence RI 02903

[signature]

Dawn F. Oliveri, Esq.
Grande & Vaziri
395 Smith Street
Providence RI 02908
401.621.5800 Fax: 401.633.6870