UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY,<br>Plaintiff,<br><br>V.<br><br>PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,<br>Defendants. | : | C.A. No. 05-031L |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION**

Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC (collectively "Defendants"), move for an Order extending the time in which to file Defendants' Motion for Summary Judgment, until either September 30, 2005 or until ten days after the close of discovery depending upon the Court's ruling on the Plaintiff's Motion for Enlargement of Time filed on August 22, 2005 and currently pending before this Court. Defendant relies upon the attached Memorandum in Support of this Motion.

PARAMOUNT HOTEL GROUP, INC
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: September 2, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused to be sent by certified mail, return receipt request, postage prepaid, a copy of the within MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION to Dawn Oliveri, Esq., 160 Plainfield Street, Providence, RI 02909 on this 2nd day of September, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY,<br>Plaintiff,<br><br>V.<br><br>PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,<br>Defendants. | : | C.A. No. 05-031L |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION**

This is a race discrimination lawsuit brought by Plaintiff in December of 2004. Defendants Paramount Hotel Group, Inc. and Paramount Management Associates, LLC have conducted discovery, but Plaintiff has recently sought additional time to complete discovery (to which Defendants had no objection).

According to the Pretrial Order in this case, discovery was scheduled to close on August 26, 2005. Paragraph 10 of the Pretrial Order provides that "after 10 days from the close of discovery, no motions shall be filed…." The tenth day after the close of discovery is September 5, 2005. On August 22, 2005, Plaintiff filed with the court a Motion for Enlargement of Time. As the Court has not yet acted upon the Plaintiff's motion and it is doubtful that this Court will determine the pending Motion for Enlargement of Time before the scheduled close of motion practice, Defendants request that the motion deadline be extended until ten days after the close of discovery should the Plaintiff's Motion for Enlargement of time be granted or until September 30, 2005 should the Plaintiff's Motion for Enlargement of Time be denied.

The undersigned has spoken with Plaintiff's attorney who assents to the granting of this motion.

PARAMOUNT HOTEL GROUP, INC
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: September 2, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused to be sent by certified mail, return receipt request, postage prepaid, a copy of the within MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION to Dawn Oliveri, Esq., 160 Plainfield Street, Providence, RI 02909 on this 2nd day of September, 2005