UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY,<br>Plaintiff,<br><br>V.<br><br>PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,<br>Defendants. | : | C.A. No. 05-031L |

FILED
SEP 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ASSENTED TO MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION**

Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC (collectively "Defendants"), move for an Order extending the time in which to file Defendants' Motion for Summary Judgment, until either September 30, 2005 or until ten days after the close of discovery depending upon the Court's ruling on the Plaintiff's Motion for Enlargement of Time filed on August 22, 2005 and currently pending before this Court. Defendant relies upon the attached Memorandum in Support of this Motion.

Granted:
Ronald R. Lagueux
Sr. USDJ 9/6/05

PARAMOUNT HOTEL GROUP, INC
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: September 2, 2005