UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

FILED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY, Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Paramount Hotel Group, Inc., | ) | C.A. 05-0031L |
| Paramount Management Associates, LLC, | ) | |
| Fairfield Inn by Marriott, Successors in | ) | |
| Interest to Chalet Susse International, Inc., | ) | |
| John Doe, Numbers 1 through 10, | ) | |
| Defendants | ) | |

MOTION FOR ENLARGEMENT OF TIME

The Plaintiff, VERONICA ASHLEY, moves this Court for an enlargement of time for completing pretrial discovery. In support of this Motion, Counsel avers that she needs additional time to complete discovery and to prepare for trial.

Plaintiff has extenuating family circumstances, to wit, the recent death of her sister, and she is assisting in undertaking the care of the recently orphaned children. There are also complications to Plaintiff's health. The grieving process and her recently diagnosed health conditions are hindering the timely submission of discovery.

Granted: Ronald R. Lagueux
Sr. USDJ 9/8/05