**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**VERONICA ASHLEY**

**VS.** **C.A. NO. 05-031L**

**PARAMOUNT HOTEL GROUP**

**NOTICE OF SETTLEMENT CONFERENCE**
**AND**
**SETTLEMENT CONFERENCE ORDER**

The above captioned matter has been referred to **Magistrate Judge Jacob Hagopian** for a pre-trial settlement conference. The pre-trial settlement conference will be held on **OCTOBER 18, 2005** at **10:00 A.M. in CHAMBERS 278, Federal Bldg & U.S. Post Office, Two Exchange Terrace, Providence, Rhode Island.** The attorneys who will be **lead counsel** during the trial of the case shall be available for the Settlement Conference **with the parties** and with the **person(s) having full authority** to negotiate and to settle the case on any terms at the conference.

On or before **OCTOBER 11, 2005,** each party shall exchange and deliver **DIRECTLY** to **Magistrate Jacob Hagopian** a Settlement Conference Statement which shall be filed with **Magistrate Judge Hagopian's Clerk: Diane M. Brown.**

The Settlement Conference Statement shall include the following:

1. A **brief** statement of the facts of the case, and of the claims and defenses, i.e., the statutory or other grounds upon which the claims are founded. This statement should identify the major factual and legal issues in dispute;

2. An itemized statement of damages claimed, and of any other relief sought;

3. A summary of the proceedings to date.

In addition, the parties shall also prepare a **Settlement Conference Statement Confidential Addendum** which shall be given **DIRECTLY** to **Magistrate Judge Jacob Hagopian** only, along with the Settlement Conference Statement. The Confidential Addendum shall contain an evaluation of the terms on which the case could be settled fairly.

In the event the parties agree to settle the case prior to the scheduled Settlement Conference date, a dismissal stipulation shall be filed with **Magistrate Judge Jacob Hagopian.**

**BY ORDER:**

Jacob Hagopian
**United States Magistrate Judge**

**Diane M. Brown, Judicial Assistant - 752-7010**
**Dated: SEPTEMBER 30, 2005**