UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY,<br>Plaintiff,<br><br>v.<br><br>PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,<br>Defendants. | : | C.A. No. 05-031L |

**MOTION TO EXTEND TIME**
**TO FILE A DISPOSITIVE MOTION**

Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC (collectively "Defendants"), move for an Order extending the time in which to file Defendants' Motion for Summary Judgment, by three days. Defendant relies upon the attached Memorandum in Support of this Motion.

PARAMOUNT HOTEL GROUP, INC
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: November 25, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused to be sent by regular mail a copy of the within MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION to Dawn Oliveri, Esq., 160 Plainfield Street, Providence, RI 02909 on this 25th day of November, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY,<br>Plaintiff,<br><br>V.<br><br>PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,<br>Defendants. | : | C.A. No. 05-031L |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION**

This is a race discrimination lawsuit brought by Plaintiff in December of 2004. Defendants Paramount Hotel Group, Inc. and Paramount Management Associates, LLC have conducted discovery and are nearly prepared to file their dispositive motion. Due to the Thanksgiving holidays, however, Defendants request additional time to finalize affidavits and other necessary documents.

According to the Amended Pretrial Order in this case, discovery closed on November 18, 2005. Paragraph 10 of the Pretrial Order provides that "after 10 days from the close of discovery, no motions shall be filed...." Counting the holiday and weekends, the tenth day after the close of discovery is November 28, 2005. The Thanksgiving holiday has made it difficult to finalize the necessary documents and therefore, Defendants seek a modest (three day) extension of time to complete their filing.

The undersigned has not been able to speak with Plaintiff's attorney to ascertain her position on this motion.

PARAMOUNT HOTEL GROUP, INC
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: November 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be sent by regular mail a copy of the within MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION to Dawn Oliveri, Esq., 160 Plainfield Street, Providence, RI 02909 on this 25th day of November, 2005