SUSSE CHALET

# PROGRESSIVE COUNSELING REPORT

TYPE OF ACTION:
- [x] BEHAVIOR
- [ ] PERFORMANCE

STATUS: (INFORMAL)
- [ ] ORAL COUNSELING

(FORMAL)
- [x] WRITTEN COUNSELING *
- [ ] FINAL WARNING *

DESCRIBE THE ACTION AND ITS RESULT/POSSIBLE RESULT.

Veronica was incubordinate and used profanity toward her Supervisor. Was Suspended by GM for 2 days

(FOR FORMAL SESSIONS, ATTACH A COPY OF THE RULE OR STANDARD.)

DESCRIBE THE DESIRED BEHAVIOR OR PERFORMANCE.

Veronica must have a professional attitude on job.

SCHEDULED DATE FOR FORMAL REVIEW

DESCRIBE NEXT ACTION IF THE DESIRED STANDARDS ARE NOT MET.

termination

EMPLOYEE COMMENTS:

DEFENDANT'S EXHIBIT E ASHLEY 7-22-05

I ACKNOWLEDGE THAT THIS REPORT HAS BEEN DISCUSSED WITH ME AND MY SIGNATURE BELOW DOES NOT IMPLY AGREEMENT OR DISAGREEMENT.

SUPERVISOR COMMENTS: Veronica was spoken too About Here Behavior & Advised if any Bad language was used again in the work place termination would take place.

| * EMPLOYEE/DATE | SUBMITTED BY/DATE | APPROVED BY/DATE |
|---|---|---|
| Veronica Ashley 12-7-00 | Dennis Bellevue 12/4/2000 | [signature] 12-04-00 |

607/0886/ALL ORIGINAL - EMPLOYEE FIRST COPY - APPROVAL SECOND COPY - EMPLOYEE FILE

EMPLOYEE NAME: Veronica Ashley

EMP. #

1ST DEPT. # JOB TITLE: Housekeeper / Housekeeping

LOCATION # CITY: Warwick

DATE: 12/4/2000