**Paramount Hotel Group**
**Record of Disciplinary Discussion**

Employee Name Jeronica Ashly Department Houskeeping
Job Title Guest Room Attendant Hotel Location Warwick

Date of Discussion 4/4/01 Date of Violation 4/3/01
Place it occurred Room 301 Witness to Violation Front Desk Clerk General manager

Nature of Violation: X Substandard Work X Policy Violation X Health & Safety __Attendance __Conduct __Other

Description of the Violation: Did not Change Pillow cases with Blood Stains on them

Additional details of what led up to the Violation: Guest Brought Pillow Cases Down to Front Desk.

Corrective Actions to be taken by Employee: Change All linen In All Rooms/work with Guest Room Attendant Superviser To ensure Proper Removeal of linen

Next Steps/Consequences of not taking action: Guest Room Attendant will Be Suspended For one week with No PAY

Documentation Prepared by:
Signature ________ Title General Manager Date 4/4/01

I acknowledge I have read this Record of Discussion and understand the violation and discipline above:
________ Date: 4-5-01
Employee's Signature

Approved by:
Dennis M. Bellucci Date 4/5/01
Manager's Signature

DEFENDANT'S EXHIBIT
F Ashley
7-22-05