**Paramount Hotel Group**
**Record of Disciplinary Discussion**

Employee Name Veronica Ashley Department Housekeeping

Job Title Gest Room Attendant Hotel Location Warwick

Date of Discussion 4/11/02 Date of Violation 4/5/02 – 4/10/02

Place it occurred Rooms 306 / 301 Witness to Violation Carlos / Dennis

Nature of Violation:
___ Substandard Work ✓ Policy Violation ✓ Health & Safety ___ Attendance ___ Conduct ___ Other

Description of the Violation: On 4/05/02 I was informed that a guest left clothing in room 306 upon entering I found the bed in disarray. I pulled down the Blankets, Bedspreads and sheets and found hair, wrinkled sheets and dirty pillow cases. This prompted me to mark housekeepers sheets to ensure they are changing them upon which I found the Bed in room 301 was not changed either (date was 4/10/02)

Additional details of what led up to the Violation:
This is Veronica's 3rd and final warning. She is well aware of the hotel policy on changing of linen and has a previous written warning on the matter. resulting termination

Corrective Actions to be taken by Employee:

Next Steps/Consequences of not taking action:

Terminated

Documentation Prepared by:

Signature ______________________ Title ____

I acknowledge I have read this Record of Discussion and understand

Refused to Sign

Employee's Signature

Approved by: [signature] Date 4/11/02

Manager's Signature

DEFENDANT'S EXHIBIT G ASHLEY 7-22-05