FILED
NOV 2 5 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VERONICA ASHLEY,
Plaintiff,

v. : C.A. No. 05-031L

PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10,
Defendants.

**MOTION TO EXTEND TIME**
**TO FILE A DISPOSITIVE MOTION**

Defendants, Paramount Hotel Group, Inc. and Paramount Management Associates, LLC (collectively "Defendants"), move for an Order extending the time in which to file Defendants' Motion for Summary Judgment, by three days. Defendant relies upon the attached Memorandum in Support of this Motion.

PARAMOUNT HOTEL GROUP, INC
AND PARAMOUNT MANAGEMENT
ASSOCIATES, LLC

By their Attorneys,

[signature]

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: November 25, 2005

Granted: Ronald R. Lagueux
Sr. USDJ 12/14/05