UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Veronica Ashley

VS.

CA NO. 05-31L

Paramount Hotel Group, et al

ORDER

Plaintiff's response to the defendant's motion for summary judgment is due February 1, 2006. If no response is filed, the motion will be granted.

ENTER:

BY Order:

Ronald R. Lagueux
Sr. USDJ 1/11/06

Deputy Clerk

Ronald R. Lagueux
Senior U.S. District Judge
DATED: