UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY | : | |
| | : | |
| v. | : | C.A.No.: 05-031-L |
| | : | |
| PARAMOUNT HOTEL GROUP, INC.; PARAMOUNT MANAGEMENT ASSOCIATES, LLC.: FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; JOHN DOE, Numbers 1 through 10 | : | : |

**PLAINTIFF, VERONICA ASHLEY'S, MOTION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COMES the plaintiff, VERONICA ASHLEY, by and through her undersigned trial counsel, and moves this Honorable Court, for a second Order, continuing the time presently scheduled for hearing on the defendants' Motion for Summary Judgment, presently scheduled for hearing and determination before this Honorable Court on the 19th day of January, 2006.

Specifically, the plaintiff is requesting the same be extended for a period of one month to the 16th day of February, 2006.

As grounds therefor, the undersigned states that the same is scheduled for hearing and determination before this Honorable Court, in open court, on the date aforesaid. However, the plaintiff is presently scheduled to be hospitalized at St. Joseph Hospital, Our Lady of Fatima Unit, treatment for which is commencing during the week of January 16, 2006, for a brain surgery operation, and is expected to remain incapacitated for a period of weeks thereafter. That the plaintiff has requested, of counsel, that she be present and able to attend all courtroom proceedings in this matter, but the presently

scheduled surgery will preclude her from attending hearing on the defendants' Motion for Summary Judgment, as presently scheduled.

That, further, in the opinion of the undersigned counsel there exist valid and numerous significant issues which must be presented within the ambit of the instant motion, and which may require input from the plaintiff both prior and during this court's hearing and deliberations on the same.

The plaintiff neither anticipates nor foresees any or actual prejudice to the defendants as being entailed by the granting of the instant motion.

WHEREFORE, plaintiff, Veronica Ashley, prays that the time for the hearing on the defendants' Motion for Summary Judgment be continued and/or enlarged to the 16th day of February, 2006, or such other time, as this Honorable Court deems just, proper and meet, under the circumstances as aforesaid.

Plaintiff,
VERONICA ASHLEY,
By her Attorney,

Dawn F. Oliveri

Dawn F. Oliveri, Esq.
RI Registration No.: 4716
160 Plainfield Street
Providence, RI 02909
(401) 942-0033
Fax: (401) 633-6870

**CERTIFICATION OF SERVICE**

I hereby certify that on this the 10th day of January, 2006, I served a true and correct copy of the within Motion, by regular mail, postage prepaid, on Stacie Collier, Esquire, Nixon Peabody, LLP., One Citizens Plaza, Providence, RI 02903, by regular mail, postage prepaid.

Dawn F. Oliveri