UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VERONICA ASHLEY, Plaintiff | ) | |
| vs. | ) | |
| Paramount Hotel Group, Inc., Paramount Management Associates, LLC, Fairfield Inn by Marriott, Successors in Interest to Chalet Susse International, Inc., John Doe, Numbers 1 through 10, Defendants | ) | C.A. 05-0031L |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY OF JUDGMENT**

NOW COMES the Plaintiff, above-named, and herewith objects to the Motion for Summary Judgment, heretofore filed on behalf of the Defendants herein.

As grounds therefor, the Plaintiff, incorporates by reference the allegations of facts set forth in the attached affidavit accompanying the filing of this motion.

Plaintiff,
VERONICA ASHLEY
By her attorney

Dawn F. Oliveri

Dawn F. Oliveri
160 Plainfield Street
Providence, RI 02909
(401) 942-0033

**HEARING DATE: PLEASE TAKE NOTICE** that the within Objection shall be called for hearing on the 16th day of February before a Judge Lagueux of this Honorable Court.

**CERTIFICATION**

I certify that I served a true and correct copy of the within Objection by hand-delivery to Stacey Collier, Esquire of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903-1345 on this the 1st day of February, 2006.

________________________________