UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VERONICA ASHLEY

Plaintiff,

v. C.A. No. 05-031L

PARAMOUNT HOTEL GROUP, INC.;
PARAMOUNT MANAGEMENT ASSOCIATES, LCC;
FAIRFIELD INN BY MARRIOTT, Successors
in Interest to Chalet Susse
International, Inc.; and
JOHN DOE, Numbers 1 through 10.

Defendants

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants PARAMOUNT HOTEL GROUP, INC.;PARAMOUNT MANAGEMENT ASSOCIATES, LCC; FAIRFIELD INN BY MARRIOTT, Successors in Interest to Chalet Susse International, Inc.; and JOHN DOE, Numbers 1 through 10 against the plaintiff Veronica Ashley, in accordance with the Court's Decision and Order dated 9/19/06 granting defendants' motion for summary judgment.

Deputy Clerk
September 19, 2006